FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIJUVE, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KASPIEN, INC., a Washington corporation,<br><br>    Defendant. | No. 2:21-CV-00192-SAB<br><br>**ORDER DEFERRING CONSIDERATION ON MOTION FOR SUMMARY JUDGMENT; SETTING STATUS CONFERENCE** |

    The Court held a status conference in the above-captioned case on January 18, 2022. Plaintiff was represented by John McDonald. Defendant was represented by Charles Hausberg.

    At the status conference, the Court discussed Defendant's request to engage in discovery prior to the Court considering Plaintiff's Motion for Summary Judgment, ECF No. 28. The Court granted Defendant's request and also set a status conference to check in on the parties' discovery progress. This Order memorializes the Court's oral rulings.

//
//
//
//
//

**ORDER DEFERRING CONSIDERATION ON MOTION FOR SUMMARY JUDGMENT; SETTING STATUS CONFERENCE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Rule 56(d) Motion to Defer Consideration of Vijuve Inc.'s Motion for Partial Summary Judgment to Allow for Discovery, ECF No. 32, is **GRANTED**.

2. The hearing for Plaintiff's Motion for Summary Judgment, ECF No. 28, set on February 24, 2022, is **STRICKEN**. If needed, the Court will reset the motion hearing at the status conference.

3. The Court **sets** a status conference with the parties on **March 15, 2022**, at **10:00 a.m.** by **videoconference** to check in on the parties' discovery progress. Counsel will be provided with separate call-in details by email from the Court's staff one week before the hearing. However, if the parties reach an agreement regarding the consideration of Plaintiff's motion prior to the status conference, the parties are free to file a stipulation with the Court at any time.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 18th day of January 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DEFERRING CONSIDERATION ON MOTION FOR SUMMARY JUDGMENT; SETTING STATUS CONFERENCE # 2**