AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

VIJUVE, INC., a Florida corporation,

*Plaintiff/Counterclaim*

v.

KASPIEN, INC., a Washington corporation,

*Defendant/Counterclaim*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 17, 2024**

SEAN F. McAVOY, CLERK

Civil Action No.  2:21-CV-00192-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant/Counterclaim Plaintiff Kaspien's Motion for Voluntary Dismissal and Entry of Judgment, ECF No. 162, is GRANTED. In accordance with Kaspien's voluntary dismissal pursuant to Rule 41(a)(2), this matter is DISMISSED. Defendants' counterclaims against Plaintiff are DISMISSED.
This action is dismissed with an award of attorneys' fees totaling $196,646.60 to Defendant pursuant to ECF Nos. 154 and 161.  Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A Bastian   on a motion to dismiss.

Date: 9/17/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams